# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAMONT EWELLS**
**ADC #109853**                                                                            **PLAINTIFF**

v.                         No. 5:19-cv-316-DPM-JTR

**RORY GRIFFIN, Deputy Director, Health and
Correctional Services, Varner Supermax, ADC;
SONDRA PARKER, Health Services Administrator,
Nurse Supervisor, Varner Supermax; ESTELLA
BLAND, Health Services Provider, Nurse Practitioner,
Varner Unit, ADC; DENISE POWELL, Nurse, ADC;
KAYLA HARGRAVE, Nurse, ADC;
WITHERSPOON, Nurse**                                                                       **DEFENDANTS**

## ORDER

The Court adopts Magistrate Judge Ray's unopposed partial recommendation, *Doc. 38*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Griffin's motion to dismiss, *Doc. 7*, is denied.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 October 2020