IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMONT EWELLS
ADC #109853                                                                PLAINTIFF

v.                          No. 5:19-cv-316-DPM-JTR

RORY GRIFFIN, Deputy Director, Health and
Correctional Services, Varner Supermax, ADC;
SONDRA PARKER, Health Services Administrator,
Nurse Supervisor, Varner Supermax; ESTELLA
BLAND, Health Services Provider, Nurse Practitioner,
Varner Unit, ADC; DENISE POWELL, Nurse, ADC;
KAYLA HARGRAVE, Nurse, ADC; and
LISA WITHERSPOON, Nurse                                                    DEFENDANTS

ORDER

On *de novo* review, the Court adopts Magistrate Judge Ray's partial recommendation, Doc. 85, and overrules Ewells's objections, Doc. 88. FED. R. CIV. P. 72(b)(3). Ewells's grievances weren't sufficient to exhaust his claims against Griffin. Griffin's motion for summary judgment, Doc. 58, is therefore granted. Ewells's claim against Griffin are dismissed without prejudice for failure to exhaust.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 September 2021