IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMONT EWELLS
ADC #109853                                                     PLAINTIFF

v.                      No. 5:19-cv-316-DPM-JTR

RORY GRIFFIN, Deputy Director, Health and
Correctional Services, Varner Supermax, ADC;
SONDRA PARKER, Health Services Administrator,
Nurse Supervisor, Varner Supermax; ESTELLA
BLAND, Health Services Provider, Nurse Practitioner,
Varner Unit, ADC; DENISE POWELL, Nurse, ADC;
KAYLA HARGRAVE, Nurse, ADC;
DOES, Nurses, ADC; and
LISA WITHERSPOON, Nurse                      DEFENDANTS

## JUDGMENT

Ewells's deliberate indifference claims against Hargrave and Bland, and his corrective inaction claims against Parker, Powell, and Witherspoon, are dismissed with prejudice. All other claims are dismissed without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 March 2022