# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DAMONT EWELLS**
**ADC #109853**                                                    **PLAINTIFF**

v.                              No. 5:19-cv-316-DPM

**SONDRA PARKER, Health Services Administrator,**
**Nurse Supervisor, Varner Supermax;  ESTELLA**
**BLAND, Health Services Provider, Nurse Practitioner,**
**Varner Unit, ADC;  DENISE POWELL, Nurse, ADC;**
**KAYLA HARGRAVE, Nurse, ADC;**
**LISA WITHERSPOON, Nurse**                        **DEFENDANTS**

### ORDER

Ewells' belated motion for an extension of time, *Doc. 99*, is granted.  Ewells' motion is dated 4 March 2022, the date his objections were due and a week after he received the recommendation.  His law library access is limited.  Order and Judgment, *Doc. 96 & 97*, vacated. Objections due by 29 April 2022.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2022