IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMONT EWELLS
ADC #109853                                                                                              PLAINTIFF

v.                                   No. 5:19-cv-316-DPM

SONDRA PARKER, Health Services Administrator,
Nurse Supervisor, Varner Supermax; ESTELLA
BLAND, Health Services Provider, Nurse Practitioner,
Varner Unit, ADC; DENISE POWELL, Nurse, ADC;
KAYLA HARGRAVE, Nurse, ADC;
LISA WITHERSPOON, Nurse                                                                     DEFENDANTS

ORDER

Last month, the Court vacated its Judgment in this case and gave Ewells additional time in which to oppose Magistrate Judge Ray's recommendation. No objections have been filed. The Court therefore adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 95*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 76*, granted. Ewells' claims regarding the alleged denial of a psychological examination, the alleged operation of the medical department to cut costs, and the alleged pattern of misconduct—which he raised for the first time in his response to the motion for summary judgment—will be dismissed without prejudice. All remaining claims will be dismissed with

prejudice. Motion for leave to appeal *in forma pauperis*, Doc. 101, denied as moot. Judgment will issue.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2022