# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DAMONT EWELLS**
**ADC #109853**                                                    **PLAINTIFF**

v.                              **No. 5:19-cv-316-DPM-JTR**

**RORY GRIFFIN, Deputy Director, Health and**
**Correctional Services, Varner Supermax, ADC;**
**SONDRA PARKER, Health Services Administrator,**
**Nurse Supervisor, Varner Supermax;  ESTELLA**
**BLAND, Health Services Provider, Nurse Practitioner,**
**Varner Unit, ADC;  DENISE POWELL, Nurse, ADC;**
**KAYLA HARGRAVE, Nurse, ADC;**
**DOES, Nurses, ADC;  and**
**LISA WITHERSPOON, Nurse**                    **DEFENDANTS**

## JUDGMENT

Ewells' deliberate indifference claims against Hargrave and Bland, and his corrective inaction claims against Parker, Powell, and Witherspoon, are dismissed with prejudice.  All other claims are dismissed without prejudice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

16 May 2022