# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAMONT EWELLS**  
ADC #109853                                                    **PLAINTIFF**

v.                              No. 5:19-cv-316-DPM

RORY GRIFFIN, Deputy Director, Health and  
Correctional Services, Varner Supermax, ADC;  
SONDRA PARKER, Health Services  
Administrator, Nurse Supervisor, Varner  
Supermax; ESTELLA BLAND, Health  
Services Provider, Nurse Practitioner, Varner  
Unit, ADC; DENISE POWELL, Nurse, ADC;  
KAYLA HARGRAVE, Nurse, ADC;  
DOES, Nurses, ADC; and  
LISA WITHERSPOON, Nurse                                        **DEFENDANTS**

## ORDER

Motion, *Doc. 112*, is denied without prejudice. Michelle Odum was never counsel of record for the defendants in this case.

So Ordered.

_____  
D.P. Marshall Jr.  
United States District Judge

6 September 2023