IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAMONT EWELLS**  **PLAINTIFF**
**ADC #109853**

v. No. 5:19-cv-316-DPM

**RORY GRIFFIN**, Deputy Director, Health and
Correctional Services, Varner Supermax, ADC;
**SONDRA PARKER**, Health Services
Administrator, Nurse Supervisor, Varner
Supermax; **ESTELLA BLAND**, Health
Services Provider, Nurse Practitioner, Varner
Unit, ADC; **DENISE POWELL**, Nurse, ADC;
**KAYLA HARGRAVE**, Nurse, ADC;
**DOES**, Nurses, ADC; and
**LISA WITHERSPOON**, Nurse  **DEFENDANTS**

## ORDER

Motion, *Doc. 114*, is granted. Brent Jay Eubanks is relieved as counsel for the defendants in this case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2023