IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAMONT EWELLS                                             PLAINTIFF
ADC #109853

v.                      No. 5:19-cv-316-DPM

RORY GRIFFIN, Deputy Director, Health and
Correctional Services, Varner Supermax, ADC;
SONDRA PARKER, Health Services
Administrator, Nurse Supervisor, Varner
Supermax; ESTELLA BLAND, Health
Services Provider, Nurse Practitioner, Varner
Unit, ADC; DENISE POWELL, Nurse, ADC;
KAYLA HARGRAVE, Nurse, ADC;
DOES, Nurses, ADC; and
LISA WITHERSPOON, Nurse                                   DEFENDANTS

ORDER

After full merits briefing done in late 2022 and early 2023, the Court of Appeals recently affirmed this Court's Judgment in this case. Last month, Ewells filed a motion asking this Court to order the officials at ADC's Varner unit to return all his legal papers to him so he could properly argue his case. His motion, *Doc. 116*, is denied without prejudice. The individuals Ewells seeks relief against are not parties to this case. The Court requests defense counsel, however, to inquire and, if the ADC has taken Ewells's legal papers related to this case (No. 5:19-cv-316-DPM) or Ewells's appeal in this case (Eighth Circuit

No. 22-2165), check into returning those materials to him forthwith, so that he can use them in deciding whether to petition for rehearing or rehearing *en banc*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 October 2023